IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**LYNNETTA MARTIN, individually
and on behalf of a class of similarly
situated persons,**

        **Plaintiff,**

v.                                   **Civil Action No. 5:12-cv-3937**
                                            **The Honorable David A. Faber**

**MOUNTAIN STATE UNIVERSITY, INC.,
CHARLES H. POLK, and TRUSTEES
JERRY T. ICE, V. MAX BEARD,
MONA K. WISEMAN, FRANK S. HARKINS, JR.,
HARRIET W. CABELL, ELMER COPPOOLSE,
and LYNN BLANCHARD,**

        **Defendants.**

## STIPULATION

It is stipulated and agreed to among all of the Defendants, pursuant to Local Rule 7.1 and Rule 29(b) of the Federal Rules of Civil Procedure, that Defendants' Proposed Findings of Fact and Conclusions of Law filed on March 3, 2014 [Document 56], was filed on behalf of all of the defendants, including Defendant Charles H. Polk, in keeping with the evidentiary hearing on December 23, 2013 and the agreement between defense counsel.

It is so **STIPULATED AND AGREED TO** this 21st day of March, 2014.

/s/ John R. Merinar, Jr.
John R. Merinar, Jr.
Richard M. Yurko, Jr.
Steptoe & Johnson PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330
(304) 933-8000
*Counsel for MSU Defendants*

/s/ Edward P. Tiffey
Edward P. Tiffey
TIFFEY LAW PRACTICE, PLLC
205 Capitol Street, 4th Floor
P.O. Box 3785
Charleston, WV 25337-3785
(304) 344-3200
*Counsel for Defendant Charles H. Polk*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

LYNNETTA MARTIN, individually
and on behalf of a class of similarly
situated persons,

        Plaintiff,

v.                                   Civil Action No. 5:12-cv-3937
                                      The Honorable David A. Faber

MOUNTAIN STATE UNIVERSITY, INC.,
CHARLES H. POLK, and TRUSTEES
JERRY T. ICE, V. MAX BEARD,
MONA K. WISEMAN, FRANK S. HARKINS, JR,
HARRIET W. CABELL, ELMER COPPOOLSE,
and LYNN BLANCHARD,

        Defendants.

## CERTIFICATE OF SERVICE

I, Edward P. Tiffey, counsel for Defendant Charles H. Polk, do certify that on March 21, 2014, I served the foregoing **STIPULATION** with the Clerk of Courts for filing and uploading to the CM/ECF system to the following:

        Harry F. Bell, Jr., Esq.
        The Bell Law Firm, PLLC
        30 Capitol Street
        P. O. Box 1723
        Charleston, WV 25326-1723
        *Counsel for Plaintiff*

        Thomas H. Howlett, Esq.
        Dean M. Googasian, Esq.
        The Googasian Firm, P.C.
        6895 Telegraph Road
        Bloomfield Hills, MI 48301-3138
        *Counsel for Plaintiff*

John R. Merinar, Jr., Esq.
Allison B. Williams, Esq.
Steptoe & Johnson, PLLC
400 White Oak Boulevard
Bridgeport, WV 26330-4500
*Counsel for MSU and Trustees*

/s/ Edward P. Tiffey
Edward P. Tiffey