IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**ENTERED**
AUG 1 2 2015
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

**LYNETTA MARTIN, individually
and on behalf of a class of similarly
situated persons,**

    Plaintiff,

v.

**MOUNTAIN STATE UNIVERSITY, INC.,
CHARLES H. POLK, and TRUSTEES
JERRY T. ICE, V. MAX BEARD,
MONA K. WISEMAN,
FRANK S. HARKINS, JR.,
HARRIETT W. CABELL,
ELMER COPPOOLSE, and
LYNN BLANCHARD,**

    Defendants.

Civil Action No. 5:12-cv-3937
The Honorable David A. Faber

## AGREED DISMISSAL ORDER

Defendants Mountain State University, Inc., Jerry T. Ice, V. Max Beard, Mona K. Wiseman, Frank S. Harkins, Jr., Harriett W. Cabell, Elmer Coppoolse, and Lynn Blanchard, by their counsel, Defendant Charles H. Polk, by his counsel, and Plaintiff, Lynnetta Martin, by her counsel, have advised the Court that Plaintiff has agreed to dismiss her claims against Defendants as set forth in the above-styled action. Therefore, the parties jointly request that all claims against Defendants be dismissed, with prejudice and without costs.

With the parties in agreement, it is hereby **ORDERED** that Plaintiff's claims against Defendants be dismissed, with prejudice and without costs.

The Clerk of the Court is hereby directed to send certified copies of this Order to all counsel of record.

#6905822.1

ENTER: August 12, 2015.

_/s/ David A. Faber_
Honorable David A. Faber
United States District Judge

PREPARED BY:

/s/ *Jeffrey M. Cropp*
John R. Merinar, Jr.   (WV Bar No. 6080)
Jeffrey M. Cropp       (WV Bar No. 8030)
STEPTOE & JOHNSON PLLC
400 White Oaks Blvd.
Bridgeport, WV 26330-4500
(304) 933-8000
jack.merinar@steptoe-johnson.com
jeffrey.cropp@steptoe-johnson.com

*Counsel for Defendants Mountain State University, Inc., Jerry T. Ice, V. Max Beard, Mona K. Wiseman, Frank S. Harkins, Jr., Harriett W. Cabell, Elmer Coppoolse and Lynn Blanchard*

APPROVED BY:

/s/ *Jonathan W. Price* (w/permission)
Harry F. Bell, Jr.      (WV Bar No. 0247)
Jonathan W. Price       (WV Bar No. 10868)
The Bell Law Firm, PLLC
30 Capitol Street
PO Box 1723
Charleston, WV   25326-1723
(304) 345-1700
hfbell@belllaw.com
jwprice@belllaw.com

and

Dean M. Googasian     (Pro Hac Vice)
Thomas H. Howlett     (Pro Hac Vice)
The Googasian Firm, P.C.
6895 Telegraph Road
Bloomfield Hills, MI  48301-3138
dgoogasian@googasian.com
thowlett@googasian.com
(248) 540-3333

*Counsel for Plaintiff Lynnetta Martin*

/s/ *Edward P. Tiffey* (w/permission)
Edward P. Tiffey (WV Bar No. 6042)
Tiffey Law Practice, PLLC
PO Box 3785
Charleston, WV  25337-3785
(304) 344-3200
ed@tiffeylaw.com

*Counsel for Defendant Charles H. Polk*

#6905822.1                                  2